IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------  :
UNITED STATES OF AMERICA                          :
                                                  :  CASE NO.   1:06 CR 37
                             Plaintiff            :
                                                  :
           -vs-                                   :
                                                  :
HOLLY R. COLEMAN                                  :  ORDER ACCEPTING PLEA AGREEMENT
                                                  :  AND JUDGMENT AND NOTICE OF
                             Defendant            :  HEARING
------------------------------------------------  :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Patricia A. Hemann regarding the plea hearing and plea agreement of Holly R. Coleman which was referred to the Magistrate Judge with the consent of the parties.

On 25 January 2006, the government filed a three-count information against Holly R. Coleman for aiding and assisting preparation of false tax returns in violation of 26 U.S.C. § 7206(2), making false claims for tax refunds in violation of 18 U.S.C. § 287, and mail fraud in violation of 18 U.S.C. § 1341. On 21 February 2006, Magistrate Judge Hemann received Holly R. Coleman's plea of guilty and waiver of indictment, and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Holly R. Coleman is found to be competent to enter a plea. She understands her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Holly R. Coleman is adjudged guilty of Counts One, Two and Three in violation of 26 U.S.C. § 7206(2), 18 U.S.C. § 287, and 18 U.S.C. § 1341.

Sentencing will be:

**22 May 2006 at 2:00 p.m.**

**Courtroom 18-A**
**18th Floor, United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.


Dated: 28 March 2006      /s/Lesley Wells
                          UNITED STATES DISTRICT JUDGE